IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION


UNITED STATES OF AMERICA


v.                                    CRIMINAL NO. 3:05cr79WHB-JCS


MAJD ASSI
HALA KANAA


ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of the Court

endorsed herein, the United States Attorney for the Southern District of Mississippi hereby dismisses

the Indictment against MAJD ASSI and HALA KANAA, without prejudice.

DUNN LAMPTON
United States Attorney


By:    s/ Harold H. Brittain
HAROLD H. BRITTAIN
Assistant U.S. Attorney
MS Bar No. 4556

Leave of Court is granted for the filing of the foregoing

dismissal without prejudice.

ORDERED this 20th day of July, 2006.

s/William H. Barbour, Jr.
UNITED STATES DISTRICT JUDGE